**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**William Roy LUTZ, Jr., aka William Roy Lutz, Defendant—Appellant.**

**No. 04–10462.**

United States Court of Appeals, Ninth Circuit.

Submitted March 17, 2005.*

Decided July 18, 2005.

Eric J. Markovich, Esq., USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff—Appellee.

John D. Kaufmann, Esq., Tucson, AZ, for Defendant—Appellant.

Before: HAWKINS, MCKEOWN, and CLIFTON, Circuit Judges.

MEMORANDUM **

William Roy Lutz argues that the district court's upward departure from the range set out in the U.S. Sentencing Guidelines violated his Sixth Amendment rights. We remand the sentence to the district court for reconsideration in light of *United States v. Booker,* — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). *See also United*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

*States v. Moreno–Hernandez,* No. 03–30387, 2005 WL 1560269 (9th Cir. July 5, 2005).

**SENTENCE REMANDED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.